# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL STEVE COX, | ) | 3:08-CV-0502-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 21, 2010 |
| | ) | |
| JAMES BENEDETTI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PRESENT:** THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:** LISA MANN      **REPORTER:** NONE APPEARING

**COUNSEL FOR PETITIONER(S):** NONE APPEARING

**COUNSEL FOR RESPONDENT(S):** NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to hold in abeyance court's scheduling order pending resolution of motions and screening (#23) is **DENIED as moot**. The complaint has been screened (#11), and the Office of the Attorney General is representing all defendants in this action including Michael Brown, Dave Carroll, and David Vest. An answer was filed on behalf of all defendants on May 22, 2009 (#12). Therefore, the scheduling order (#21) shall remain in full force and effect.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 3 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                           DEPUTY