UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| STEVE MICHAEL COX, | 3:08-CV-0502-LRH (VPC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | September 7, 2010 |
| J. BENEDETTI, et al., | |
| Defendant(s). | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to hold in abeyance these civil proceedings (#28) is **GRANTED in part.** This case shall be **STAYED** until plaintiff has access to his legal papers. Plaintiff and defendants shall file status reports on **Friday, September 17, 2010,** or as soon as soon as plaintiff has access to his legal papers, whichever occurs first.

Plaintiff's alternative motion for appointment of counsel (#28) is **DENIED.** Defendants' motion to take deposition from plaintiff (#30) is **DENIED without prejudice.** Defendants may renew this motion to take deposition from plaintiff after plaintiff has regained access to his legal papers.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk