## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVE MICHAEL COX, | ) | 3:08-CV-0502-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 3, 2010 |
| | ) | |
| JAMES BENEDETTI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to hold proceedings in abeyance (#41) is **DENIED**.

Defendants' motion for leave to take deposition of incarcerated plaintiffs (#42) is **GRANTED**.  The deposition shall be conducted either in person at plaintiff's place of confinement or telephonically and shall be scheduled at a time that is conducive to prison security. Following the depositions, defendants shall provide a copy of the deposition transcript to the plaintiff.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
          Deputy Clerk