## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVE MICHAEL COX, | ) | 3:08-CV-0502-LRH (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | March 29, 2011 |
| JAMES BENEDETTI, et al., | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Before the court is plaintiff's motion for clarification on court-ordered ambulatory assistance (#60), defendants opposed the motion (#63), and no reply was filed.

   Plaintiff's motion for clarification (#60) is **DENIED**. The court's order dated November 12, 2010 (#48) is clear on its face and only applies as follows:

> Steve Michael Cox shall be provided any and all ambulatory assistance necessary to ensure Mr. Cox's timely attendance to all his scheduled hearings with this Court.

(#48, page 2).

   **IT IS SO ORDERED.**

                                        LANCE S. WILSON, CLERK

                              By:         /s/
                                        Deputy Clerk