UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVE MICHAEL COX, | ) | 3:08-CV-0502-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 5, 2011 |
| | ) | |
| JAMES BENEDETTI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a document entitled, "Plaintiff "waives" (3-20-11)'s pleadings to access ESP's library as moot issue" (#73). The court has construed this document as a motion to withdraw the motions that plaintiff filed, which were dated March 20, 2011 as follows:

#66 Plaintiff's motion for adequate legal supplies to conclude this civil matter and appeal
#67 Plaintiff's motion for access to law library

Plaintiff's motion to withdraw (#73) is **GRANTED** and motions #66 and #67 are hereby deemed **WITHDRAWN**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:         /s/
            Deputy Clerk