UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| STEVE MICHAEL COX, ) | |
| ) | |
| Plaintiff, ) | 3:08-cv-00502-LRH-VPC |
| ) | |
| v. ) | |
| ) | O R D E R |
| JAMES BENEDETTI, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#105[1]) entered on August 2, 2011, recommending granting in part Defendants' Motion for Summary Judgment (#58), dismissing with prejudice Plaintiff's Fourteenth Amendment claim, and denying Plaintiff's Motion to Strike (#93) and Motion for Sanctions (#97). Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#109) on August 15, 2011, and Defendants filed their Opposition to Plaintiff's Objections to Magistrate Judge's Report and Recommendation on August 29, 2011 (#110). This action was referred to the Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of

---

[1] Refers to court's docket number.

the Plaintiff, the opposition of Defendants, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#109) entered on August 2, 2011, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#109) entered on August 2, 2011, is adopted and accepted, and Defendant's Motion for Summary Judgment (#58) is GRANTED in part for Plaintiff's claims against defendant Benedetti, Corda, Peery, Breackbill, Bannister, Cox, Helling, and Bagwell; Plaintiff's First Amendment access to the court claims; and Plaintiff's Eighth Amendment deliberate indifference claims.

IT IS FURTHER ORDERED that Plaintiff's Fourteenth Amendment claim for deprivation of property is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e), for failure to state a claim upon which relief may be granted.

IT IS FURTHER ORDERED that Plaintiff's Motions to Strike (#93) and for Sanctions (#97) are DENIED.

IT IS SO ORDERED.

DATED this 14th day of September, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE